Paul C. Loeber et al., appellees, v. 14 West Elm Street Building Corporation et al., appellants.  Gen. No. 38,907.

Opinion filed March 30, 1937.  Rehearing denied and additional opinion filed April 13, 1937.

Kirkland, Fleming, Green, Martin & Ellis, George Gillette, Norbert B. Tyrrell and John Mann, for appellants.  Sabath, Perlman, Goodman & Rein, for appellees.

Mr. Presiding Justice John J. Sullivan delivered the opinion of the court.

Melvin L. Straus, plaintiff, v. Samuel E. Zuker et al., defendants.
Samuel E. Zuker and Hannah Zuker, appellants, v. Harriet Gratz Keene et al., appellees.  Gen. No. 38,954.

Opinion filed March 30, 1937.

H. J. Rosenberg, for appellants.  McKinney, Folonie & Grear, George Gillete and Norbert B. Tyrrell, for appellees.

Mr. Presiding Justice John J. Sullivan delivered the opinion of the court.

Lewis Myers, appellant, v. Heitman Trust Company, appellee.  Gen. No. 38,748.

Opinion filed March 30, 1937.  Rehearing denied April 13, 1937.

Shulman, Shulman & Abrams and Abram L. Myers, for appellant; Meyer Abrams, of counsel.  Hershenson & Hershenson and Urion, Bishop & Sladkey, for appellee; Harry G. Hershenson, Howard F. Bishop, Jerome J. Sladkey and Arthur Abraham, of counsel.

Mr. Justice Friend delivered the opinion of the court.